No. 56958.—J. Leo Grogan Co. et al. v. United States, protests 145921–K, etc. (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of jewelry in chief value of artificial flowers the same in all material respects as that the subject of Coro, Inc. v. United States (39 C. C. P. A. 154, C. A. D. 478), the claim of the plaintiffs was sustained.

No. 56959.—William V. Schmidt Co., Inc. v. United States, protest 187352–K (New York).

Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of synthetic stones the same in all material respects as those the subject of S. Nathan & Co., Inc. v. United States (37 C. C. P. A. 99, C. A. D. 426), the claim at 10 percent under paragraph 1528 was sustained.

No. 56960.—Leather Exchange, Inc. v. United States, protest 187387–K (New York).

Opinion by OLIVER, C. J.   An examination of the official papers failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protest was overruled.

No. 56961.—R. Henri Gordon v. United States, protest 187388–K (New York).

Opinion by OLIVER, C. J.   An examination of the official papers failing to disclose any reason for disturbing the action of the collector, which was presumptively correct, the protest was overruled.